IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAWNY A.,<br><br>            **Plaintiff,**<br><br>v.<br><br>**COMMISSIONER OF SOCIAL SECURITY,**<br><br>            **Defendant.** | Case No. 3:21-CV-437-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Pending before the Court is a Motion for Attorney Fees filed by Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 25). Plaintiff asks for an award of attorney fees in the amount of $7,162.03. Defendant has no objection (Doc. 27).

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney fees pursuant to the EAJA. The Court further finds that the agreed upon amount is reasonable and appropriate. Thus, Plaintiff's Motion for Attorney Fees (Doc. 25) is **GRANTED**. The Court awards Plaintiff **$7,162.03** (seven thousand, one hundred sixty-two dollars, and three cents). This amount for attorney fees and expenses is in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the EAJA. Any fees paid belong to Plaintiff, not Plaintiff's attorney, and can be offset to satisfy any pre-existing debt that the litigant owes the United States. *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will

direct that the award be made payable to Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff.

**IT IS SO ORDERED.**

DATED: April 28, 2022

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**